AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  5:MJ 12-112 |
| SHAWN R. CHRISTY | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 28, 2012__ in the county of __Schuylkill__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 111(a)(1) | Assaulting, resisting, or impeding certain officers or employees. |
| 18 U.S.C. Section 751(a) | Prisoners in custody of institution or officer. |

This criminal complaint is based on these facts:
See affidavit attached hereto.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Sharon Summa, U.S. Marshal Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-4-12

_____
*Judge's signature*

City and state: Wilkes-Barre, Pennsylvania

Malachy E. Mannion, U.S. Magistrate Judge
*Printed name and title*